# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1960
_____

AMBER NICHOLE WAZLAVEK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy Allen Register, Judge.

June 3, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Ryan Edward Roy, Assistant Attorney General, Tallahassee, for Appellee.